# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**BARBARA HARDESTY, et al.,**

    **Plaintiff,**

    v.                                  Case No. 2:21-cv-2798
                                         JUDGE EDMUND A. SARGUS, JR.
                                         Magistrate Judge Kimberly A. Jolson

**BONEFISH GRILL, LLC,**

    **Defendant.**

## ORDER

    This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on September 29, 2021.  (ECF No. 21.)  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation. (ECF No. 21.)  For the reasons set forth in the Report and Recommendation, the Plaintiff's Motion to Remand this action to the Franklin County Court of Common Pleas, (ECF No. 13.), is **GRANTED**, and the Plaintiff's request for attorney's fees is **DENIED**. The Clerk is **DIRECTED** to close this case on the Court's docket.

    IT IS SO ORDERED.


**10/20/2021**                                                                        s/Edmund A. Sargus, Jr.
**DATE**                                                                         **EDMUND A. SARGUS, JR.**
                                                                               **UNITED STATES DISTRICT JUDGE**